

# U.S. District Court

## Texas Western - Austin

Receipt Date: Jul 22, 2025 9:49AM

Alysha Robinson
13359 N Hwy 183, Ste 406
PMB #103
Austin, TX 78750

Rcpt. No: 2606        Trans. Date: Jul 22, 2025 9:49AM        Cashier ID: #CERy (3241)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #19-581621384 | 07/22/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments**: 1:25-cv-01142 Robinson v. Martinez Jones et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov